UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>EMMANUEL COLLIOT,<br>Defendant, | Case No.: 1:16-cv-01286 |

### ORDER DISMISSING CASE WITH PREJUDICE

The Court have considered the joint stipulation of dismissal filed by the parties:

It is therefore Ordered that the above captioned case is hereby dismissed with prejudice with each party to bear its own costs and fees.

Dated: 1-29-19

_Sam Sparks_
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

1